UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STEVEN T. GIBSON, ET AL** | : | **CIVIL ACTION NUMBER** |
| | | **06-1176** |
| **VERSUS** | : | |
| | | **JUDGE MINALDI** |
| **JOE A. HIBBS, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

  This case was removed by defendant Liberty Mutual Insurance Co. to this court on July 12, 2006, and is over eight months old. The last docket entry was over seven months ago. Since service was effected on the plaintiffs and an individual defendant on July 26, 2006, no answer has been filed. Service has not been effected on another defendant, John Easton Inc. No further action has been taken to advance its case during the period from service to date. The parties are hereby notified that the court is considering dismissal of this action because the case has been pending for more than eight months and there have been no proceedings for more than six months. LR 41.3W. The plaintiffs shall have 10 calendar days from today to file evidence of good cause for failure to timely proceed.

  THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on March 15, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE